IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 10-cr-00131-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS JAMES DUCHAK,

    Defendant.
_____

# ORDER
_____

This matter comes before the Court on the Government's Motion to Disclose Materials Obtained Through Grand Jury Investigation **(#13)**, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same, and it is therefore **ORDERED** that the government's motion is **GRANTED**, and that a transcript of testimony before the grand jury may be disclosed to the defendant Douglas James Duchak and his counsel.

It is further **ORDERED** that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his counsel; that the defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States or destroyed at the end of the case.

DATED this 5th day of April, 2010.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger* (signature)
                                                _____

                                                Marcia S. Krieger
                                                United States District Judge