IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 10-cr-00131-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DOUGLAS JAMES DUCHAK,

    Defendant.
_____

## ORDER
_____

THIS MATTER comes before the Court on the Government's Unopposed Motion for Protective Order *(Amended)* **(#20)**. The Court has considered the motion and finds, pursuant to Fed.R.Crim.Proc. 16(d)(1), that for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Unopposed Motion at **#20** is **GRANTED**. The motions at **#18 and #19** are **MOOT**.

2. As to the SSI that is electronic data copied to a hard drive ("Electronic Data") the parties agree to the following terms.

    A.    Defense counsel shall keep the Electronic Data and any notes or other materials prepared based upon or referring to information in the Electronic Data in strict confidence. Defense counsel shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

B. The Electronic Data may be viewed only by defense counsel and such members of the defense team as are necessary for the purposes outlined above and, as it pertains to staff, only while necessary staff are operating under the direct supervision and control of defense counsel. Defense counsel shall ensure that all persons in his office and on the defense team who are to handle such information, read this Order and are informed of their responsibility to safeguard this information.

C. The Electronic Data will be viewed only on a stand alone (non-networked) computer.

D. A log shall be maintained that will reflect the printing (if any) of an item required to be printed from the hard drive for preparation in this case, which log will reflect what was printed, number of copies, and to whom any copy was provided.

E. At the conclusion of the case, all printed items from the Electronic Data will be destroyed and their destruction noted in the log.

F. If the defense team requires that the hard drive containing the Electronic Data itself be copied for review by expert witnesses, the conditions in ¶ 9(A) will apply to any copies of the hard drive containing the Electronic Data.

. G. A log shall be maintained that reflects any copies of any electronic data from the hard drive, when made, by whom made and a notation confirming that the subject electronic copies were reformatted or

otherwise confirming the total deletion of data from any copy of the hard drive at the conclusion of this case. The government will be permitted to confirm that all data was overwritten or otherwise eliminated from any hard drive used by the defense in this case upon completion of the case.

3. As to the SSI information not copied on to computer storage media (hereinafter, the "Records"),

    A. Defense counsel shall keep the Records and any notes or other materials prepared based upon or referring to information in the Records in strict confidence. Defense counsel shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

    B. The Records may be viewed only by defense counsel and such members of the defense team as are necessary for the purposes outlined above and, as it pertains to staff, only while necessary staff are operating under the direct supervision and control of defense counsel. Defense counsel shall ensure that all persons in his office, who are to handle such information, read this Order and are informed of their responsibility to safeguard this information.

    C. Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery. Defense counsel shall also deliver a

copy of this order with the materials. No person other than defense counsel shall make any copy of these materials for any purpose whatsoever.

D. A copy of this Order shall be kept with the Records at all times.

E. At the conclusion of the case in this court, by entry of the Court's judgment, counsel shall destroy all copies of the Records and provide written confirmation to the government as to such destruction.

4. As to both the Electronic Data and the Records, the defendant shall not further disclose SSI to any person or entity except as provided by this order or a subsequent order issued by the Court.

DATED this 8th day of June, 2010.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge