IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-131-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DOUGLAS DUCHAK,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Motions Hearing scheduled for August 17, 2010 at 2:00 p.m. has been <u>rescheduled</u> for **Monday, August 30, 2010, at 10:00 a.m.** The hearing will take place on the docket of David M. Ebel to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

    DATED:    August 13, 2010