IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00131-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS JAMES DUCHAK,

    Defendant.

## ORDER

This matter comes before the Court on Defendant Duchak's "Motion for Leave to File Motion Past Previously Established Motions Deadline" (Doc. 28), and "Motion for Hearing Regarding the Introduction of [Sensitive Security Information ("SSI")] During Trial" (Doc. 29). The Court conducted a hearing on these motions on August 30, 2010. At that hearing, the Court GRANTED the motion to file a motion past the previously set deadline. (Doc. 54.)

The remainder of this order addresses the parties' disputes over the use of SSI at trial. As to those disputes, the Court ORDERS the following:

1) At the August 30 hearing, Duchak had not yet had time to review the Government's redaction of SSI from materials the Government had previously produced to the defense. Hopefully, these redactions will satisfactorily resolve all disputes

regarding the presentation and use of SSI during trial. If so, defense counsel shall file a notice informing the Court of this fact.

2) If, instead, there remain disputes over the presentation and use of SSI at trial, defense counsel and the United States' attorneys shall meet, on or before Friday, September 10, 2010, to resolve, if possible, all such disputes. If the parties are able to resolve all disputes, they shall file, by 5:00 p.m. Monday, September 13, 2010, a joint notice informing the Court of this fact.

3) If, however, there still remain unresolved disputes about the presentation and use of SSI at trial, defense counsel shall then meet telephonically with the TSA attorney identified by the United States attorney during the August 30 hearing as John Bauer. The United States attorneys shall facilitate this meeting by providing the defense with contact information for Mr. Bauer. Defense counsel shall meet telephonically with him on or before Friday, September 17, 2010. If that meeting resolves all remaining disputes regarding the presentation and use of SSI at trial, defense counsel and the United States attorneys prosecuting this case shall file with the Court, by 5:00 p.m. Monday, September 20, 2010, a joint notice indicating that fact.

4) If, instead, there still remain unresolved disputes regarding the presentation and use of SSI at trial, then the United States attorneys and defense counsel shall each file with the Court, separately, ex parte and under seal, a notice indicating that unresolved disputes remain. This procedure will ensure that Duchak is not required to divulge to the United States his defense strategy.

The parties shall each file this notice with the Court by 5:00 p.m. Tuesday, September 21, 2010. Each party's notice shall address the remaining disputes in detail and shall specify with particularity:

    a) what SSI is involved in each remaining dispute over the presentation and use of SSI during trial;

    b) if the SSI involved in the dispute is contained in a written document, the document and location in that document in which the SSI is found;

    c) if the SSI involved in the remaining dispute is contained in electronic data, a detailed description of that SSI and its location within in the electronic data, as well as an explanation of whether the same SSI contained in electronic data is also contained in written documents and, if so, in what document and its location within that document; and.

    d) that party's suggested resolution of the dispute over the presentation and use of that particular SSI at trial.

5) The Court will conduct a hearing at 2:00 p.m. on Friday, September 24, 2010, to address these remaining disputes identified by the parties in their ex parte, sealed notices. If at any time the parties notify the Court that all disputes over the presentation and use of SSI at trial have been resolved, this hearing will be vacated.

6) All other remaining deadlines for submissions to the Court, as well as the Final Trial Preparation Conference, will remain as set forth in the Court's previously entered scheduling order. (Doc. 30.)

Dated this __31st__ day of _____August_____, 2010.

                                    BY THE COURT:

                                    *s/ David M. Ebel*

                                    U. S. CIRCUIT COURT JUDGE