IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00131-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DOUGLAS JAMES DUCHAK,

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#65)** on September 20, 2010, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.     A Change of Plea hearing is set for **October 19, 2010,** at **10:00 a.m.** before the Honorable David M. Ebel, Courtroom C202, 1823 Stout Street, Denver, Colorado.

3.     The final trial preparation conference set for October 7, 2010, and the October 19, 2010, trial date are **VACATED**.

Dated this 22nd day of September, 2010.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge