IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE Marcia S. Krieger

Criminal Action No.   10-cr-00131-MSK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

Douglas Duchak,

 Defendant.

---

ORDER EXONERATING BOND

---

  This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is **ORDERED** that the bond in this case is hereby exonerated and the surety or

sureties, if applicable, are released.  It is further **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    Dated this 14th day of March, 2011

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge